UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROGERS WILLIAMS, Individually** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 21-cv-02588** |
| v. ) | |
| ) | **Judge John Z. Lee** |
| **P.O. VINCENZO LUPO #10401,** ) | |
| **P.O. ELYSE RODRIGUEZ #14262,** ) | **Jury Demand** |
| **Individually, and the CITY OF** ) | |
| **CHICAGO, a Municipal Corporation,** ) | |
| ) | |
| **Defendants.** ) | |

**FIRST AMENDED COMPLAINT AT LAW**

NOW COMES the Plaintiff, ROGERS WILLIAMS, by and through her attorneys, Gregory E. Kulis & Associates, Ltd., and in support of her Complaint against the Defendants, P.O. V. LUPO and P.O. E. RODRIGUEZ and the CITY OF CHICAGO states as follows:

**COUNT I – EXCESSIVE FORCE | UNLAWFUL SEIZURE/ARREST**

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, ROGERS WILLIAMS, accomplished by acts and/or omissions of the Defendants P.O. V. LUPO and P.O. E. RODRIGUEZ committed under color of law.

2. This Court has jurisdiction pursuant to 28 U.S.C. 1331 and 1343 as this matter involves issues of federal law.

3. The Plaintiff, ROGERS WILLIAMS, is a resident of the state of Illinois at 14518 Chicago Road in Dolton, Illinois.

4. The Defendants P.O. V. LUPO and P.O. E. RODRIGUEZ were, at all times relevant to the allegations of the Complaint, duly appointed Chicago Police Officers and were acting within their scope of employment and under color of law.

5. The CITY OF CHICAGO is a municipal entity and the employer of the individual Defendants.

6. On or about December 22, 2020, the Plaintiff, ROGERS WILLIAMS, was driving his vehicle in the vicinity of the 200 block of W. 59th Street in Chicago, Illinois.

7. The defendants pulled over the Plaintiff for an alleged traffic violation.

8. ROGERS WILLIAMS objected to the manner in which they were treating him.

9. Defendants ordered the Plaintiff out of the vehicle, handcuffed him, and searched his vehicle.

10. There was no basis or reason to handcuff the Plaintiff.

11. The force used was excessive and unreasonable.

12. There was no probable cause to search the Plaintiff's vehicle.

13. The actions of the Defendants were intentional, willful, wanton, and with malice.

14. The actions of the Defendants constituted violations of ROGERS WILLIAMS' Fourth Amendment rights protected by 42 U.S.C. §1983.

15. As a result of the actions of the Defendants, the Plaintiff, ROGERS WILLIAMS, suffered fear, anxiety, pain, suffering, medical expenses, and injury.

**WHEREFORE**, the Plaintiff, ROGERS WILLIAMS, prays for judgment against the Defendants, P.O. V. LUPO and P.O. E. RODRIGUEZ, jointly and severally, for reasonable compensatory damages, punitive damages, attorneys' fees, and costs.

## COUNT II – UNLAWFUL SEARCH

1-14. The Plaintiff, ROGERS WILLIAMS, hereby realleges and incorporates his allegations in paragraphs 1-14 of Count I as his respective allegations of paragraphs 1-14 of Count II as though fully set forth herein.

15. The actions of the defendants constitute unlawful search.

16. As a result of the actions of the Defendants, the Plaintiff, ROGERS WILLIAMS, suffered fear, anxiety, pain, suffering, medical expenses, and injury.

**WHEREFORE**, the Plaintiff, ROGERS WILLIAMS, prays for judgment against the Defendants, P.O. V. LUPO and P.O. E. RODRIGUEZ, jointly and severally, for reasonable compensatory damages, punitive damages, attorneys' fees, and costs.

## COUNT III – INDEMNIFICATION: CITY OF CHICAGO

1-16. The Plaintiff, ROGERS WILLIAMS, hereby realleges and incorporates his allegations in paragraphs 1-16 of Count II as his respective allegations of paragraphs 1-16 of Count III as though fully set forth herein.

17. Illinois law provides that public entities are directed to pay any tort judgement for compensatory damages for which employees are liable within the scope of their employment activities.

18. The Defendants P.O. V. LUPO and P.O. E. RODRIGUEZ are employees of the CITY OF CHICAGO who acted within the scope of their employment in committing the misconduct described herein.

19. Should any of the Defendants, P.O. V. LUPO and P.O. E. RODRIGUEZ, be found liable for the acts alleged above, the CITY OF CHICAGO would be liable to pay the Plaintiff, ROGERS WILLIAMS, any judgment obtained against said Defendants.

**WHEREFORE**, the Plaintiff, ROGERS WILLIAMS, prays for judgement against the Defendant, CITY OF CHICAGO, for reasonable compensatory damages, attorneys' fees, and costs.

## JURY DEMAND

The Plaintiff, ROGERS WILLIAMS, hereby requests a trial by jury.

Respectfully submitted,

By: */s/ Gregory E. Kulis*
Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis (#6180966)**
**GREGORY E. KULIS & ASSOCIATES, LTD.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**